AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| United States of America | ) | |
| v. | ) | Case No. 3:25cr17 |
| Michael Ray Roomsburg | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Ray Roomsburg                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornogarphy and Possession of Child Pornography

Date:      11/12/2025                                        _Kayla Sorum_, Deputy Clerk
                                                                      *Issuing officer's signature*

City and state:      Charlottesville, VA                        Joel C. Hoppe, United States Magistrate Judge
                                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                      *Arresting officer's signature*

                                                                      *Printed name and title*