**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE/ ARRAIGNMENT - INDICTMENT**

**Case No.:  3:25cr17**                    **Date:  11/13/2025**

**Defendant: Michael Ray Roomsburg**                **Counsel: William Warriner, FPD**

| PRESENT: | JUDGE: | Joel C. Hoppe | TIME IN COURT:   3:14-3:39(25mins) |
|---|---|---|---|
| | Deputy Clerk: | K. Lokey | |
| | Court Reporter: | K. Lokey, FTR | |
| | U. S. Attorney: | Rachel Swartz | |
| | USPO: | Monica Campbell | |
| | Case Agent: | Jade Laughlin | |

## <u>INITIAL APPEARANCE</u>

☒   Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒   Defendant requests appointment of counsel.  CJA 23 completed.
☒   Defendant to next appear for Trial on January 21, 2025, at 9:30am before Judge Moon.
☒   Deft. released on bond.

## <u>ARRAIGNMENT</u>

☒   Defendant(s) waives reading of Indictment

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | Counts 1 & 2 | | |

<u>Additional Information:</u>
All parties present and represented by counsel
Defendant sworn and advised of rights
FPD appointed
Defendant further advised of rights
Due process notification
Court reviews indictment
Government provides penalties for counts
Arraignment held
Waives formal reading of the indictment
Pleads not Guilty
Trial date of January 21, 2025 at 9:30am
Government not seeking detention
Orders to follow
Adjourned