AO 83 (Rev. 06/09 – VAW Additions 10/17)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  3:25cr17 |
| Michael Ray Roomsburg | ) |
| | ) |
| *Defendant's name* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: United States District Court, Charlottesville Division  255 W. Main Street, Room 304, Charlottesville, VA 22902 | Courtroom No.:  C3 |
| | Date and Time:  1/7/2026 at 10:00am |

This offense is briefly described as follows:

Violating the terms and conditions of Pretrial Release imposed by this Court on 11/13/2025 and 11/24/2025.

LAURA A. AUSTIN, CLERK OF COURT

s/ K. Lokey
Deputy Clerk

Date:  12/17/2025

*Issuing officer's signature*

Joel C. Hoppe, United States Magistrate Judge

*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____ .

☐  I personally served the summons on this defendant _____ at

*(place)* _____ on *(date)* _____ ; or

☐  On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode

with *(name)* _____ , a person of suitable age and discretion who resides

there, and mailed a copy to the defendant's last known address; or

☐  The summons was served via certified mail; or

☐  The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: